# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2128
Lower Tribunal No. 2023-DR-001030-O

_____

REGENA HEINRICH,

Appellant,

v.

VERNEKA STROM,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Lori Wurtzel, of Wurtzel Law, PLLC, Winter Park, for Appellant.

Verneka Strom, Windermere, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED